No. 9337.

MUHLSTEIN *v.* CROKE.

Error to *Adams County Court, Hon. W. C. Hood, Jr., Judge.*

Judgment affirmed.

Mr. CARL H. COCHRAN, for plaintiff in error.

Mr. HARRY BEHM, for defendant in error.

*Per Curiam:*

This matter comes before the court on an application for a supersedeas. An examination of the records and briefs clearly discloses no error before the trial court, and for such reasons the application for supersedeas is denied and the judgment affirmed.

In Department. *Per Curiam.*